AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/26/08 |
| NAME OF SERVER (PRINT) ROBERT BOWER | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED M+ HOLDING CORPORATION BY SERVING THE REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 10:30 AM PERSON ACCEPTING: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/26/08
         Date

*Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

524337_1

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

CAROL A. TRAWICK

           Plaintiff,

V.

T&A HOLDING CORPORATION AND
MT HOLDING CORPORATION

           Defendants.

Alias **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-cv-43-GMS

TO: **MT HOLDING CORPORATION**
c/o Registered Agent
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Kevin F. Brady (Bar No. 2248)
Jeremy D. Anderson (Bar No. 4515)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB 26 2008

CLERK                                              DATE

/s/ signature

(By) DEPUTY CLERK