AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[2]

DATE: February 26, 2008

NAME OF SERVER (PRINT): Bryan Steilkie

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon T9A Holding Corporation by serving the Registered Agent Known as National Corporate Research LTD, Located at 615 South Dupont Highway Dover DE 19901, service accepted by Sadi Boyette at 12:56 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/26/08
Date

Signature of Server

Address of Server: 15 East North Street Dover DE 19901

524337_1

---

[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

CAROL A. TRAWICK ) Alias **SUMMONS IN A CIVIL CASE**
)
Plaintiff, )
V. ) CASE NUMBER: 08-cv-43-GMS
)
T&A HOLDING CORPORATION AND )
MT HOLDING CORPORATION )
)
Defendants. )

TO: **T&A HOLDING CORPORATION**
c/o Registered Agent
National Corporate Research, Ltd.
615 South DuPont Highway
Dover, DE 29901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Kevin F. Brady (Bar No. 2248)
Jeremy D. Anderson (Bar No. 4515)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     FEB 2 5 2008
CLERK                                               DATE

(By) DEPUTY CLERK