IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAROL A. TRAWICK, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-43 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| T&A HOLDING CORPORATION, | ) | |
| MT HOLDING CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the time within which defendants T&A Holding Corporation and MT Holding Corporation must Answer the Complaint is extended through and including April 14, 2008.

The reasons for this extension are: (1) the parties have engaged in settlement negotiations, but have not been able to resolve the case; and (2) Defendants require additional time to investigate the allegations of the Complaint. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeremy D. Anderson<br>Kevin F. Brady (#2248)<br>Jeremy D. Anderson (#4515)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>Telephone (302) 658-9141<br>kbrady@cblh.com<br>janderson@cblh.com | By: /s/ Sarah E. DiLuzio<br>Stephen C. Norman (#2686)<br>Sarah E. DiLuzio (#4085)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>Telephone (302) 984-6000<br>snorman@potteranderson.com<br>sdiluzio@potteranderson.com |
| Attorneys for Plaintiff Carol A. Trawick | Attorneys for Defendants T&A Holding Corp. and MT Holding Corp. |

Dated: April 3, 2008

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet