IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAROL A. TRAWICK, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-43 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| T&A HOLDING CORPORATION, | ) | |
| MT HOLDING CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the time within which plaintiff Carol A. Trawick ("Plaintiff") must move, answer or otherwise respond to the Counterclaims is extended through and including May 19, 2008.

The reasons for this extension are: (1) Plaintiff requires additional time to investigate the allegations of the Counterclaims; and (2) Plaintiff has received no prior extensions of time within which to file her responses to the Counterclaims. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeremy D. Anderson<br>Kevin F. Brady (#2248)<br>Jeremy D. Anderson (#4515)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>Telephone (302) 658-9141<br>kbrady@cblh.com<br>janderson@cblh.com | By: /s/ Sara E. DiLuzio<br>Stephen C. Norman (#2686)<br>Sarah E. DiLuzio (#4085)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>Telephone (302) 984-6000<br>snorman@potteranderson.com<br>sdiluzio@potteranderson.com |
| *Attorneys for Plaintiff Carol A. Trawick* | *Attorneys for Defendants T&A Holding Corp. and MT Holding Corp.* |

Dated: May 1, 2008

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet