UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. TRAWICK )<br>)<br>Plaintiff, )<br>) C.A. No. 08-43 (GMS)<br>v. )<br>)<br>T&A HOLDING CORPORATION, )<br>MT HOLDING CORPORATION )<br>)<br>Defendants/Counterclaimants. )<br>_____) | |

**PLAINTIFF CAROL A TRAWICK'S MOTION TO DISMISS
DEFENDANTS' COUNTERCLAIM**

Plaintiff Carol A. Trawick, through her undersigned counsel, hereby moves to dismiss Defendants' Counterclaim (D.I. 6) pursuant to Federal Rule of Civil Procedure 12(b)(6). The bases for this Motion are set forth in Plaintiff's Opening Brief in Support of Her Motion to Dismiss. Attached is a proposed form of Order for the Court's consideration.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeremy D. Anderson
Kevin F. Brady (I.D. #2248)
Jeremy D. Anderson (I.D. #4515)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
kbrady@cblh.com
janderson@cblh.com

*Attorneys for Plaintiff Carol A. Trawick*

OF COUNSEL:
Stanley J. Reed
LERCH, EARLY & BREWER, CHTD.
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814
Tel: (301) 986-1300
sjreed@lerchearly.com

Dated: May 19, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. TRAWICK | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-43 (GMS) |
| v. | ) |
| | ) |
| T&A HOLDING CORPORATION, | ) |
| MT HOLDING CORPORATION | ) |
| | ) |
| Defendants/Counterclaimants. | ) |

### ORDER

After consideration of the respective positions of the parties, IT IS HEREBY ORDERED this _____ day of _____, 2008, that Plaintiff Carol A. Trawick's Motion to Dismiss Defendants' Counterclaim is GRANTED, and that the Counterclaim (D.I. 6) is dismissed against Plaintiff in its entirety and with prejudice.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, the foregoing PLAINTIFF CAROL A. TRAWICK'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for reviewing and downloading from CM/ECF:

> Stephen C. Norman, Esquire (#2686)
> Sarah E. DiLuzio, Esquire (#4085)
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> P. O. Box 951
> Wilmington, DE  19801
> snorman@potteranderson.com
> sdiluzio@potteranderson.com

/s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)