# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROL A. TRAWICK )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>T&A HOLDING CORPORATION, )<br>MT HOLDING CORPORATION )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 08-43 (GMS) |

## PLAINTIFF CAROL A. TRAWICK'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Carol A. Trawick, by and through her undersigned counsel, hereby respectfully request oral argument at the convenience of the Court on her *Motion to Dismiss Defendants' Counterclaim* [D.I. 8]. Briefing has been completed (D.I. 9, 10 and 11).

CONNOLLY BOVE LODGE & HUTZ LLP

By:   */s/ Kevin F. Brady*
    Kevin F. Brady (I.D. #2248)
    Jeremy D. Anderson (I.D. #4515)
    The Nemours Building
    1007 North Orange Street
    P.O. Box 2207
OF COUNSEL:     Wilmington, DE 19899
Stanley J. Reed     Tel: (302) 658-9141
LERCH, EARLY & BREWER, CHTD.     kbrady@cblh.com
3 Bethesda Metro Center     janderson@cblh.com
Suite 460     *Attorneys for Carol A. Trawick*
Bethesda, MD 20814
Tel: (301) 986-1300
sjreed@learchearly.com

Dated: June 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, the foregoing PLAINTIFF CAROL A. TRAWICK'S REQUEST FOR ORAL ARGUMENT was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for reviewing and downloading from CM/ECF:

> Stephen C. Norman, Esquire (#2686)
> Sarah E. DiLuzio, Esquire (#4085)
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> P. O. Box 951
> Wilmington, DE  19801
> snorman@potteranderson.com
> sdiluzio@potteranderson.com

> */s/ Kevin F. Brady*
> Kevin F. Brady (#2248)